|   |   |
|---|---|
| 1 | The Honorable Robert S. Lasnik |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| UNITED STATES OF AMERICA, | No. CR06-198RSL |
|---|---|
| Plaintiff, | |
| v. | |
| (04) JORGE PULIDO-MORA and (13) UBALDO PEREYRA-GONZALEZ, | ORDER OF DISMISSAL |
| Defendants. | |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive defendants Jorge PULIDO-MORA and Ubaldo PEREYRA-GONZALEZ.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned defendants are dismissed, without prejudice.

//
//
//

Order of Dismissal -- 1
*United States v. Silva-Chavez, et al.*, CR06-198RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The outstanding warrants shall be quashed.

DATED this 16th day of February, 2023.

_____
ROBERT S. LASNIK
United States District Court Judge

Presented by:

*s/ Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney

Order of Dismissal -- 2
*United States v. Silva-Chavez, et al.*, CR06-198RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970